**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MICHELLE K. FRUITT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-07-1167-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered June 20, 2008. Doc. No. 19. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability insurance benefits is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 17th day of July, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE